# United States District Court Violation Notice

CVB Location Code: 2U64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7881446 | Kleinman | 484 |

7881446

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 08/09/19 1745hrs
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.22
Place of Offense: FT HUNT RD AT GWMP (TUNNEL)
Offense Description / Factual Basis for Charge: UNSAFE OPERATION

### DEFENDANT INFORMATION

Last Name: CARAPIA DIAZ
First Name: ERIC

Tag No: UXK 2171 | State: VA | Year: 18 | Make/Model: FORD/Mustang | Color: SL

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

MK

### YOUR COURT DATE

Date: 08/22/19
Time: 0900

X Defendant Signature: _____

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/10/2019 12:45